**Alvaro RODRIGUEZ, Plaintiff—Appellant,**

v.

**State of CALIFORNIA, Defendant—Appellee.**

No. 08–15207.

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2009.*

Filed April 29, 2009.

Alvaro Rodriguez, San Leandro, CA, pro se.

Paul T. Hammerness, Esquire, AGCA—Office of the California Attorney General, San Francisco, CA, for Defendant–Appellee.

Before: GRABER, GOULD, and BEA, Circuit Judges.

MEMORANDUM **

Alvaro Rodriguez, a former California state prisoner, appeals pro se from the district court's judgment dismissing as *Heck*-barred his 42 U.S.C. § 1983 action challenging two misdemeanor convictions from 1993. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Sacks v. Office of Foreign Assets Control,*

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

466 F.3d 764, 770 (9th Cir.2006). We affirm.

The district court properly dismissed Rodriguez's action because a judgment in Rodriguez's favor would necessarily imply the validity of his convictions, and Rodriguez failed to allege that his convictions were reversed, expunged, or otherwise called into question. *See Heck v. Humphrey,* 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994).

Rodriguez's remaining contentions are unpersuasive.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

